# Exhibit A

**Exhibit A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## TX 9-575-184

**Effective Date of Registration:**
March 13, 2026
**Registration Decision Date:**
March 17, 2026

---

## Title
      **Title of Work:** Carriers Integration

## Completion/Publication
      **Year of Completion:** 2022
      **Date of 1st Publication:** March 23, 2022
      **Nation of 1st Publication:** United States

## Author
      • **Author:** Help Half Plus Inc.
      **Author Created:** computer program
      **Work made for hire:** Yes
      **Citizen of:** United States

## Copyright Claimant
      **Copyright Claimant:** Help Half Plus Inc.
      17800 Castleton Street, Suite 500, City of Industry, CA, 91748, United States

## Rights and Permissions
      **Organization Name:** Law Offices of J.F. Lee
      **Name:** Jen-Feng Lee
      **Email:** dhsu@ipfirm.us
      **Telephone:** (626)810-7200
      **Address:** 17800 Castleton Street
      Suite 560
      City of Industry, CA 91748 United States

## Certification

Page 1 of 2

**Name:** Jen-Feng Lee
**Date:** March 13, 2026
**Applicant's Tracking Number:** 63651.02

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## TX 9-575-123

**Effective Date of Registration:**
March 13, 2026
**Registration Decision Date:**
March 17, 2026

## Title

**Title of Work:** Shipping Rate & Label Creation

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** April 20, 2022
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Help Half Plus Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Help Half Plus Inc.
17800 Castleton Street, Suite 500, City of Industry, CA, 91748, United States

## Rights and Permissions

**Organization Name:** Law Offices of J.F. Lee
**Name:** Jen-Feng Lee
**Email:** dhsu@ipfirm.us
**Telephone:** (626)810-7200
**Address:** 17800 Castleton Street
Suite 560
City of Industry, CA 91748 United States

## Certification

Page 1 of 2

**Name:** Jen-Feng Lee
**Date:** March 13, 2026
**Applicant's Tracking Number:** 63651.01

**Correspondence:** Yes